**Kelley J. Sharkey**
Attorney-at-Law
26 Court Street, Suite 2805
Brooklyn, NY 11232
718-858-8843
kelleysharkeyesq@verizon.net

May 13, 2008

BY FAX

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re: <u>United States v. William Gonzalez</u>
 07 Cr.916 (CM)

Dear Judge McMahon:

 The above captioned case is scheduled for a hearing on May 21, 2008. The defense withdraws our motion for suppression and requests that the above captioned case be adjourned to June 23, 2008 or June 24, 2008, if either of those dates are convenient to the court. The defense is currently engaged in plea negotiations and hopes to be able to reach a resolution with the Government by that time. The prosecution consents to this adjournment.

Sincerely,

Kelley J. Sharkey
Attorney for William Gonzalez

cc: William Harrington

**MEMO ENDORSED**

5/15/2008 — Motion withdrawn — clerk to mark off calendar. Next conference in July! at 9:30 am. Time excluded.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08