

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2008

7/2/08
Granted
[signature: Colleen McMahon]

**BY HAND**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  <u>United States</u> v. <u>Miguel DeCastro & William Gonzalez</u>,
         07 Cr. 916 (CM)

Dear Judge McMahon:

    I write to confirm the adjournment of the pretrial conference and possible pleas in the above referenced matter for William Gonzalez and Miguel DeCastro to July 15, 2008 at ~~10:15~~ 2:00 ~~a~~.p.m. and to July 30, 2008 at 9:30 a.m. respectively.

    The Government also requests that the Court exclude time from today until July 30, 2008 pursuant to the Speedy Trial Act. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendants in a speedy trial because the exclusion affords the parties continued time to continue their discussions and work towards pre-trial disposition of this matter, thus helping ensure the effective assistance of counsel. Barry Weinstein, counsel for Miguel DeCastro, and Kelley Sharkey, counsel for William

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 7/3/08
```

The Honorable Colleen McMahon
July 2, 2008
Page 2

Gonzalez, consent to the Government's request.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                          By:   _____
                                        William J. Harrington
                                        Assistant U.S. Attorney
                                        (212) 637-2331

cc:  Barry Weinstein, Esq.
     Kelley Sharkey, Esq.
(By fax)