**Kelley J. Sharkey**
Attorney-at-Law
26 Court Street, Suite 2805
Brooklyn, NY 11232
718-858-8843
kelleysharkeyesq@verizon.net

July 30, 2008

BY FAX

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re: United States v. William Gonzalez
    07 Cr.916 (CM)

Dear Judge McMahon:

    The above captioned case is scheduled for a conference on July 31, 2008. The defense respectfully requests that this matter be adjourned until September 10, 2008 at 9:30. The defense is currently engaged in plea negotiations and expects that a resolution with the Government will have been achieved by that date and consents to the exclusion of time for this adjournment. The prosecution consents to this adjournment.

Sincerely,

Kelley J. Sharkey
Attorney for William Gonzalez

cc: William Harrington

---

**MEMO ENDORSED**

7/30/08
Matter Adj to 9/10/08 at 9:30am. Time Excluded.

*[signed]* Colleen McMahon

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08